Name: Courtney Green

Address: P.o. box 22444

Kansas city, Mo 64113

Phone: _____

Fax: _____

In Pro Per

**FILED**
CLERK, U.S. DISTRICT COURT

OCT 1 1 2022

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Courtney Green

No CV30

Plaintiff

v.

Vizio Inc. /Registered Agent Solutions Inc.

Defendant(s).

CASE NUMBER:

CV-22-07429-PA(JEM)

To be supplied by the Clerk of
The United States District Court

I the Defendant Courtney Green am suing the
defendant Vizio Inc. for Invasion of privacy
through the viewing of ones person through the
television.The collection and tracking of viewing
data  and selling this information to private
brokers and marketers directly violating the
cybersecurity privacy act, electronic
communications privacy act and stored
communications privacy act, also aiding in
providing a surveillance platform for racketeering
 and organized crime and the exploitation
through the monitoring of ones person through
the television.Knowingly aware of these actions
for an extended period of time and neglecting to
address and or resolve the situation.
 From the end of 2019 until present and
currently; I the defendant Courtney Green have
been under constant surveillance through the
monitoring of the television without consent.
This has been stated on many occasions

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

1   through blatant verbal expression,
    implementation into various show criteria etc.
2   Due to this, since the beginning of 2020 I the
3   defendant have endured unwarranted hardship
    through malice, public humiliation, the
4   assassination and defamation of ones Character,
5   cyber and in person stalking, the illegal gathering
    and disbursement of information and unfair
6   business practices. these outlined actions as well
7   as many others have resulted in a lasting stain on
    my public stature and directly negatively impacted
8   mine personal life.These actions collectively have
9   had other impacts including affects on emotional
    and mental health as well my daily living. This
10   issue is a direct violation my constitutional rights
11   and
    is clearly shown that this has gone ignored and is
12   seen as a joke
13   instead of a serious cyber threat. These factual
14   statements have been mentioned in several other
    cases with New York courts (ref. green v. Viacom
15   CBS 22-274, Green v. NBC Universal Media
16   22-722, Green v. ABC Entertainment 22-898,
17   Green v. Fox Corporation 22-899 )  as well as with
    Nebraska Courts Green v. Scripps
18   Corporation/Scripps center 822. During this time
19   I have taken other measures one including
    personally reaching out to Vizio Inc. via
20   complaint portal and email as well as submitting
21   documentation to the Department of Consumer
    Affairs. more
22

23

24

25

26

27

28

          **PLEADING PAGE FOR A COMPLAINT**

## Description of Claim/Statement of Case
Green v. Vizio Inc.


 I the appellant Courtney Green am suing the defendant Vizio Inc. for invasion of privacy through the use of a Vizio brand electronic device. While using this device to watch television programs it has been expressed on several occasions that plaintiff Courtney Green could be seen and heard through the television screen. The viewing and monitoring of the plaintiff Courtney Green through a television device has occurred consecutively over the course of 3years and is currently still happening in present time. During this time the television industry has used this media source to track,monitor and exchange viewing data as well as control and manipulate viewing capabilities.Through this electrical breach Vizio Inc. has aided and provided a platform for racketeering, exploitation,malice and the public defamation and assassination of the plaintiff Courtney Green's character.

## Statement of Issue
Green v. Vizio Inc.


 The Defendant Vizio Inc. provided a platform/portal for Employees of the entertainment and media industry to openly monitor, listen,survell and attempt to converse with plaintiff Courtney Green through the use of the television device. In doing so, assailants were able to obtain television information such as model number,Upc and other codes to track and collect viewing data and manipulate and control viewing capabilities as well as limit viewing options. Through this electronic breach consecutively for 3 years beginning in 2020 employees of the entertainment and media industry were able to openly exploit,defamate and facilitate the exchange of information to the masses for the purpose of malice towards the plaintiff therefore aiding in the act of racketeering.

# Summary OF Argument

## Green V. Vizio Inc.

Plaintiff Courtney Green is suing the defendant Vizio Inc. for Invasion of Privacy through the Use of a Vizio Brand Television. While using the Vizio Brand television viewing data was tracked & monitored & used for exterior motives. Over the course of 3 years Plaintiff Courtney Green has been surveilled through the televison leading to public defamation, assissanation of character, exploitation & embarrassment. This method has been used to study & undermine ones habits & way of thinking for Alterior purposes.

## Statement of Facts
Green v. Vizio Inc.

During October of 2019 I began noticing that while watching television shows employees of different television networks seem to look as if they were attempting to converse with me, the plaintiff Courtney Green through the television. This notion began while tuning into the espn show "highly questionable" when sports analyst Mina Kimes stated "You're going to pay for this" along with mentions of ratings.Also during Fox morning news in early 2020, Tucker Carlson openly asked me if I felt helpless during a political interview. Also around this time I tuned into talk shows where host would state things like, he's under contract so everything's legal. Following this while in between stable living I frequently visited a price chopper and Hyvee off e 23rd street and another Hyvee off of noland rd in the Independence, MO area on a daily and weekly basis. During this time I sat in the eating area of these stores where there were 2 or more televisions mostly on the sports and news channels.During the CBS morning show between the dates 05/08/2020-02/13/2021and hours of 6am-9am anchors acknowledged that they could physically view me while live on air in various ways such as acknowledging reactions to conversations and morning stories as well as making jokes and laughing at me being seen and my living situation, stating that I was homeless. During this time there were news stories hinting around things that I was doing for example business endeavors I was pursuing at the time such as a jewelry piece I was attempting to create via online which led

me to believe my online browsing was being monitored as well. One morning while viewing this happening I stated out loud "Who do I talk to about this?" Anchors and host also conducted interviews and hosted

virtual guest appearances where host and guest would make direct and indirect comments about my person while holding discussions; for example in one instance with Tyler Perry where comments were made about me being a slave. Also during this time on a daily basis I would also be in the sitting area during KCtv5 morning news where anchors would make jokes, acknowledge they could see me and implement information about my person into daily news stories and sketches. While entering a Hyvee one day in september of 2020 a television was in front of the entrance and the Live with kelly and Ryan show was on and upon seeing me enter the store both host and co-host Kelly ripa and Ryan seacrest tauntingly waved as I walked by the tv monitor. Also during this time frame while eating in The Hyvee stores as well as the Price chopper, I would watch the games and while doing so I would in some form or fashion be acknowledged by sports commentators, the crowd and at times the players in various ways . During this time frame I was often referred to as

4. Between June of 2020 - february of 2021 I stayed in a variety of Airbnb's and a few hotels where a Vizio brand Television was also present. During and around the time of the summer Olympics 07/23/2020- 08/10/2020 host of this event began hinting and speaking of a dress tie business endeavor I was pursuing, which led to pauses/delays in communication and production with suppliers aiding in unfair business practices. Also during the olympics, there

were other mentions of me, the Plaintiff Courtney green with indirect comments and conversations about my person. During an airing of the show Tell the truth on the dates 07/18/2021 as I tuned in contestants and guest celeb appearances observed me tuning in and stated that I was in the attic/upstairs, referring to the room I had just checked into through Airbnb which also had a Vizio Brand Television. While back home and tuning into an episode of Supermarket Sweep airing live in Los Angeles, host Leslie Jones mentioned that It had been 3 years referring to the viewing of my person through the television and the exploitation that I was enduring; as she taunted and stated that I was a loser. There were also mentions of the viewing of me through the television during the 2021 American Music Awards and grammys.During the dates of (02/19/2022-03/12/2022) news anchors and guest of fox4 news acknowledged they could see me and made joking comments about my person and about stuff that was happening or that I was doing such as going to the post office to mail legal proceeding documents and hinted at a movie "stating see that's why I don't let my kids watch it." I also wrote a complaint to Fox Corporation concerning this ongoing matter in March of 2022. Also during this timeframe I would see mimics or duplication of meals that I had cooked or mentions of certain ingredients used in the preparation process which further raised suspicion that I was being surveil and continuously stalked and that this surveillance was used to study me as if I was a test subject. While flipping through the channels landing on HSN and QVC there would be mentions of things I would do like where I placed my meals in the fridge etc.

On August 12, 2022 While viewing the Stephen Colbert Late night show there

was mentions of a contract amongst other things. Also during the months of

May 2022 through September 2022 on random days I would often be flipping

through channels after 2 broke girls and host of late night shows would notice

I flipped on their station and either switch to commercial, hint that I was

watching by making direct and indirect comments or make an uncomfortable

viewing experience to discourage me from watching etc. In December of 2021

I filed lawsuits against the following television networks Fox

Corporation,NBCUniversal Media LLC, ABC Entertainment Inc,Viacom

CBS as well as Scripps Corporation with mentions of these actions as well as

others; along with claims of Negligence in addressing this situation I also

submitted subpoenas to the courts for theses incidents.  Following my initial

lawsuit filings Employees of the television industry began using this platform

to alert the masses of  legal actions being taken against them, further

indicating that various forms of stalking were in fact occurring. I would watch

a television show or movie through an app such as Hulu, netflix,Peacock or

tubi and those actors would appear as guests on talk shows or on late night

shows which further indicated that my viewing data was being monitored an d

tracked. Once observing that I was catching on, I received an updated user

agreement when attempting to use netflix. This policy only allowed you to

agree to the new terms or you would be unable to continue viewing. In this

agreement it stated that Netflix would have control of your television as well

as your laptop. A few days went by and when a parent invited a friend over

and unknowingly accepted this agreement I began seeing delays in  when attempting to watch as well as glitches where I would be watching a program and everything would pause and I would have to re enter netflix completely. I then found that I had been completely logged out of Hulu and peacock.Following further unaddressed behavior I personally submitted complaints to each television network beginning in march of 2022. During the live airing of the 30th annual Bounce trumpet awards there were clear indications of the viewing of my person through the television as well as comments made further clarifying that there was some form of stalking or tabs being kept about my person. Also during the 2022 Emmy awards there were further acknowledgments that I was being viewed through the television as well as clear indications that the viewing and monitoring of my person was being exploited through the film industry and made out as a mockery. During the Emmy's one actor while delivering a speech stated that I was not supposed to be watching. At the time there was a NFL Football game on a different channel that I was switching back and forth from. This is one of several incidents showing how my viewing habits were being monitored to orchestrate when and what to watch. Following this I the plaintiff Courtney Green wrote complaints to television manufactures via letter, complaint portal and via email. I also reached out to the department of consumer affairs.

## Conclusion
Green v. Vizio Inc.


   In Conclusion the factual information outlined in the statement of facts show a consistent timeline of events ranging from 2019 through the present year of 2022. These events exhibit how over the course of time this electronic breach was used to study, cause intentional malice and purposely exploit the plaintiff Courtney Green on numerous occasions. Collective occurrences show that the viewing of my person was used as a tool not only to exploit but manipulate outcomes and control. On numerous occasions while tuning into various shows I was mockingly referred to as a guest appearance or made out to be a star of some sort or a joke. This shows that this situation was not only degrading but an assassination of ones character. There was no agreement nor consent to this surveillance and while enduring this violation of my constitutional rights to privacy I was thrown into a constant uncontrollable world or mishaps and hardships that was viewed as a mockery instead of taken as a serious security breach. On several occasions it was asked by employees of the television industry if this could even be done, indicating that the notion of wrongdoing was there and was clearly ignored. Instead of addressing this issue it was attempted to be hidden, downplayed, covered up and justified.


   Respectfully,


   Courtney Green

Green v. Vizio Inc.

complaint to CBS

| Courtney | Green |
|---|---|
| green7126@gmail.com | Phone number |

**Viewer Services**

Hello I'm reaching out concerning an issue that I contacted CBS about back in March of 2022 in which I never received an response. This issue was regarding invasion of privacy through the viewing of my person through the television while tuning into local network shows including employees of CBS conversing with and exhibiting bullying and verbally abusive misconduct as well as participating/encouraging the constant stalking of my person through virtual methods as well as literal. There have been two recent events within the last week; one with kctv5 news 08/11/2022 5pm evening news and another with on the late night show with Stephen Colbert 08/12/2022.

Verification expired. Check the checkbox again.

☐ I'm not a robot
reCAPTCHA
Privacy · Terms

SUBMIT YOUR MESSAGE

*Green v. Vizio Inc*

~~Case Number 1:22-cv-00376-LTS~~

Ms. Green,                        *Complaint to ABC Entertainment*

Thank you for your inquiry to JAMS.  As I wrote yesterday, to formally submit your matter for arbitration, please register for our online case management portal *JAMS Access*.  Here is a link with information about *JAMS Access*, which will provide you with details on how to register:  https://www.jamsadr.com/JAMSAccess

After registering for JAMS Access, you may submit a *Demand for Arbitration* using the following link:  https://access.jamsadr.com/arbitration-form/form.   There are clear instructions provided on the first page of the form.

Once you submit your *Demand for Arbitration*, a member of the JAMS Demand team will contact the parties to advise of next steps.

Best regards,

Karen


**From:** info@jamsadr.com <info@jamsadr.com>
**Sent:** Tuesday, March 1, 2022 9:46 AM
**To:** info <Info@JAMSADR.com>; Christine M. Smith <CSmith@jamsadr.com>; Douglas Duzant <dduzant@jamsadr.com>; Shakiya Wright-McDuffie <swrightmcduffie@jamsadr.com>; Lauren Smith <LSmith@jamsadr.com>; Karen Beutler <KBeutler@JAMSADR.com>; Jenny Truex <jtruex@jamsadr.com>
**Subject:** Submit a Case

The following values were entered:


----------------------------------------------------------------------------------
**CASE INFORMATION**
**CASE CAPTION INFORMATION**
**IP Address of Submitting Party:** 207.160.168.241, 130.176.67.73
**Case Caption Plaintiff Vs** Courtney Green
**Case Caption Plaintiff** ABC entertainment
**Non-Binding/Mediative Processes or** Non-Binding Arbitration
**Binding/Adjudicative Processes or** Financial Offer Arbitration
**Or**
**Suit Filed** Yes
**Case Number** 1:22-cv-00376-LTS
**Trial Date**
**Mediation Deadline (if applicable)**


----------------------------------------------------------------------------------

**SESSION INFORMATION**

*Green v. Mazio Inc*

*ABC complaint*

**Mediation**
**Neutral Analysis**
**Referee or Special Master**
**Temporary Judge or Judge Pro Tem**
**Other**
**If other Session Information**
**Requested Resolution Center 1** New York, New York
**Requested Resolution Center 2** St. Louis, Missouri
**Requested Resolution Center 3** Los Angeles, California (Southern)
**Virtual ADR**
**Case Description** I filed a defamation of Character suit with the New York Courts (1:22-cv-00376-LTS). Employees of ABC Entertainment acknowledged on multiple occasions that they could physically view me through the TV while live on air. The viewing of my person has been happening since 2020. Not only have employees of ABC Entertainment acknowledged viewing me but have at time exhibited bullying behavior, performed the act of outsourcing or the gather of information on or about my person. This issue has also led to unwarranted exposure, imposed a direct violation of personal privacy and constitutional rights as well as caused pain and suffering. This situation has been on going and I feel ABC Entertainment has ignored, brushed to the side or neglected to deal with this matter.
**Requested Session Dates**
**Estimated Session Duration**

---

**NEUTRAL INFORMATION**
**Parties Mutually Agree on Neutral(s)?** No
**Neutral Name 1**
**Neutral Name 2**
**Neutral Name 3**
**Unknown Neutral**

**FREE SPLIT INFORMATION**
**Plaintiff/Claimant**
**Defendant/Respondent**

**SUBMISSION INFORMATION**
**Submitted by** Courtney Green
**Firm/Company**
**Telephone**
**Fax**
**Email** green7126@gmail.com

---

**CLAIMANT INFORMATION**
**CLAIMANT INFORMATION 1**
**Name** Courtney Green
**Court File Number (if any)** 1:22-cv-00376-LTS
**Representative/Attorney**

**Firm/Company**
**Website Address**
**Address**
**Country** United States
**State/Province** Missouri
**City** Kansas city
**Zip/Postal Code** 64130
**Telephone**
**Fax**
**Email**
---------------------------------------------------------------------------------
**CLAIMANT INFORMATION 2**
**Name**
**Court File Number (if any)**
**Representative/Attorney**
**Firm/Company**
**Website Address** ,
**Address**
**Country**
**State/Province**
**City**
**Zip/Postal Code**
**Telephone**
**Fax**
**Email**
---------------------------------------------------------------------------------
**RESPONDENT INFORMATION**
**RESPONDENT INFORMATION 1**
**Name** ABC Entertainment
**Court File Number (if any)** 1:22-cv-00376-LTS
**Representative/Attorney**
**Firm/Company** ABC Entertainment
**Website Address**
**Address**
**Country** United States
**State/Province** New York
**City**
**Zip/Postal Code**
**Telephone**
**Fax**
**Email**
---------------------------------------------------------------------------------
**INSURANCE INFORMATION**
**INSURANCE INFORMATION 1**
**Carrier Name**
**File/Claim Number**

Green V. Vizio Inc.

Air Bnb
reservation
supporting document



# Your reservation is confirmed

You're going to Kansas City!

## Gorgeous "Nelson" Studio - Newly Renovated Mansion

Private room hosted by Alex



## Check-in is 3:00 PM - 5:00 PM

Get instructions

Sunday, Jul 18, 2021



Case Number ~~1:22-cv-00243-LTS~~

Ms. Green,

*Green V. Vizio Inc.*
*Complaint  Fox corporation*

Thank you for your inquiry to JAMS.  To formally submit your matter for arbitration, please register for our online case management portal *JAMS Access*.  Here is a link with information about *JAMS Access*, which will provide you with details on how to register:  https://www.jamsadr.com/JAMSAccess

After registering for JAMS Access, you may submit a *Demand for Arbitration* using the following link:  https://access.jamsadr.com/arbitration-form/form.   There are clear instructions provided on the first page of the form.

Once you submit your *Demand for Arbitration*, a member of the JAMS Demand team will contact the parties to advise of next steps.

Best regards,

Karen

**From:** info@jamsadr.com <info@jamsadr.com>
**Sent:** Monday, February 28, 2022 10:07 AM
**To:** info <Info@JAMSADR.com>; Christine M. Smith <CSmith@jamsadr.com>; Douglas Duzant <dduzant@jamsadr.com>; Shakiya Wright-McDuffie <swrightmcduffie@jamsadr.com>; Lauren Smith <LSmith@jamsadr.com>; Karen Beutler <KBeutler@JAMSADR.com>; Jenny Truex <jtruex@jamsadr.com>
**Subject:** Submit a Case

The following values were entered:

---

**CASE INFORMATION**
**CASE CAPTION INFORMATION**
**IP Address of Submitting Party:** 207.160.168.241, 130.176.67.139
**Case Caption Plaintiff Vs** Courtney Green
**Case Caption Plaintiff** Fox Corporation
**Non-Binding/Mediative Processess or** Neutral Evaluation
**Binding/Adjudicative Processes or** Arbitration
**Or**
**Suit Filed** Yes
**Case Number** 1:22-cv-00243-LTS
**Trial Date**
**Mediation Deadline (if applicable)**

---

**SESSION INFORMATION**
**Mediation**

*Green   V.   Vizio Inc.*

*Complaint   to   Fox Corporation*

**Neutral Analysis**
**Referee or Special Master**
**Temporary Judge or Judge Pro Tem**
**Other**
**If other Session Information**
**Requested Resolution Center 1** New York, New York
**Requested Resolution Center 2** St. Louis, Missouri
**Requested Resolution Center 3** Los Angeles, California (Southern)
**Virtual ADR**
**Case Description** Employees of the defendant (Fox Corporation) are accused of Defamation of
character, invasion of privacy, the outsourcing of information on or about my person leading to
unfair business practices, unwarranted ex poser after acknowledging that they could physically
view me through the television. These occurrence have been going on since 2020 and still
happening in present time. Employees of said defendant (Fox Corporation) asked for these
actions to stopped and/or for the viewing of my person to end and the Defendant Neglected to
resolve this issue. I am calling for immediate attention to this matter and a speedy resolution. I
have also filled a case with the New york courts regarding this matter, Case number 1:22-cv-
00243-LTS.
**Requested Session Dates**
**Estimated Session Duration**

------------------------------------------------------------------------------------

**NEUTRAL INFORMATION**
**Parties Mutually Agree on Neutral(s)?** No
**Neutral Name 1**
**Neutral Name 2**
**Neutral Name 3**
**Unknown Neutral**

**FREE SPLIT INFORMATION**
**Plaintiff/Claimant**
**Defendant/Respondent**

**SUBMISSION INFORMATION**
**Submitted by** Courtney Green
**Firm/Company**
**Telephone**
**Fax**
**Email** green7126@gmail.com

------------------------------------------------------------------------------------

**CLAIMANT INFORMATION**
**CLAIMANT INFORMATION 1**
**Name** Courtney Green
**Court File Number (if any)** 1:22-cv-00243-LTS
**Representative/Attorney**
**Firm/Company**

**Website Address**
**Address**
**Country** United States
**State/Province** Missouri
**City** Kansas city
**Zip/Postal Code** 64130
**Telephone**
**Fax**
**Email** green7126@gmail.com
--------------------------------------------------------------------------

**CLAIMANT INFORMATION 2**
**Name**
**Court File Number (if any)**
**Representative/Attorney**
**Firm/Company**
**Website Address ,**
**Address**
**Country**
**State/Province**
**City**
**Zip/Postal Code**
**Telephone**
**Fax**
**Email**
--------------------------------------------------------------------------

**RESPONDENT INFORMATION**
**RESPONDENT INFORMATION 1**
**Name**
**Court File Number (if any)**
**Representative/Attorney**
**Firm/Company**
**Website Address**
**Address**
**Country**
**State/Province**
**City**
**Zip/Postal Code**
**Telephone**
**Fax**
**Email**
--------------------------------------------------------------------------

**INSURANCE INFORMATION**
**INSURANCE INFORMATION 1**
**Carrier Name**
**File/Claim Number**
**Claim Representative**

*Green U. Vizio Inc.*

case ~~1:22-cv-08237-----~~

from:   Courtney Green <green7126@gmail.com>
to:     privacy@nbcuni.com
date:   Mar 1, 2022, 11:12 AM
subject: Chief Privacy Officer
mailed-by: gmail.com

*complaint to NBC Universal media*

Hello, I am reaching out regarding an issue that has been taking place since  2020. During live Airings of various programs such as nbc news, nbc sports, the today show, late night shows, local news etc. employees of The nbc network have in one way or another acknowledged that they could physically see me while live on air. Not only has this been totally an invasion of personal privacy but this has also opened the door and led to the misuse of the media platform by employees of the NBC network. These actions include but are not limited to the outsourcing of information on or about my person, unwarranted exposure, unfair business practices, and at times bullying behavior towards my person etc. Employees of the NBc network have also stated that this conduct was going on and NBC neglected to act in a swift manner to even acknowledge, resolve and put an end to the problem. I believe this issue should not go ignored nor be brushed aside. This problem has not only been an awkward viewing experience for me when attempting to watch and enjoy programs, it has also affected my personal life. I have filed a suit with the New York courts regarding this matter case 1:22-cv-00239-LTS and look to get this resolved.

Complaint sent to Television Manufacturing Company

*Green v. Vizio Inc.*
*Complaint sent to*
*Vizio Inc.*
*v*
*Department of Consumer*
*Affairs*

# Invasion of Privacy Concern
# 09/13/2022

    Hello I write you this letter 09/13/2022 A day after the 2022 Emmy awards. I am contacting you regarding a matter that has been going on to my knowledge since 2020 and is now in the middle of its third year. It has been stated on multiple occasions that this has been going on longer. The issue at hand is invasion of privacy through the viewing of the television. I believe and have found this to be a huge concern and has aided in the stirring of major controversy. I write to you because 1 or more of the televisions devices that this has occurred and currently occurring through has been of the Vizio brand.

    Since the 2020 post pandemic, there have been several occasions in which I have had continuous encounters with people from the television world ranging from news stations, sports, comedy shows, live entertainment, talk shows etc. During many of these encounters it has been expressed in many ways that they could physically see me through the tv rather it be by verbally stating the obvious or by show of glimpsing at my eyes point of view or implementing this in show criteria. This situation in some instances has had a very negative impact on my day to day living, Furthermore this is a direct breach of company policy and law to constantly monitor and survey someone without consent.

    During this time I have reached out to network Corporate offices regarding this privacy breach as well as taken legal measures. While in the Entertainment industry this is seen as a joke, I take this matter very seriously and feel this is a direct violation of my constitutional rights.

Respectfully,
Courtney Green



ReadyPost®

Document Maile

**From:** Courtney Green
PO Box 27244
Kansas City MO
64113

RECEIVED
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
OCT 11 22
BY DEPUTY

**To:** George E Brown Jr.
Federal
Courthouse    clerk intake
3470 Twelfth Street
Riverside, CA 92501

U.S. POSTAGE PAID
FCM LETTER
KANSAS CITY, MO
64113
OCT 03, 22
AMOUNT
$1.08
R2305K142593-09

UNITED STATES
POSTAL SERVICE®

1000

92501

$2.40

R2305K142593-09

6413
OCT 06 22
AMOUNT

92501

1000

UNITED STATES POSTAL SERVICE

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT    2022

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY

TO:

George E Brown Jr.
Building to Federal Courthouse
Clerk
Intake   3470 Twelfth Street
         Riverside, CA 92501

FROM:

Courtney Green
P.O. Box 7224144
Kansas City, MO 64113

Photo Document Mailer
9 3/4" x 12 1/4"